Earnest MONK, Sr., Appellant,

v.

TOYOTA MOTOR SALES U.S.A., INC.; John Harvey Toyota Sales, Appellees.

No. 05–3072.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 3, 2007.

Filed: Jan. 9, 2007.

Earnest Monk, Sr., Blevins, AR, pro se.

Edwin Lee Lowther, Jr., Wright & Lindsey, Little Rock, AR, for Appellees.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Earnest Monk appeals the district court's [1] adverse grant of summary judgment in this diversity action. Having carefully reviewed the record, we agree with the district court that Monk failed to offer the necessary expert testimony under Arkansas product-liability law to survive summary judgment. Thus, we affirm. See 8th Cir. 47A(a).

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.